**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

2U4U BEAUTY SUPPLY, LLC,

                Plaintiff,                Case No. 2:22-cv-00893-BHL

v.

MARKEL INSURANCE COMPANY,

                Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff 2U4U Beauty Supply, LLC, by and through her counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, files this stipulation for dismissal and hereby dismisses this action with prejudice, each party to bear its own costs and attorneys' fees.


                                    Respectfully submitted,

| | |
|---|---|
| */s/ Ryan R. Graff* with permission | /s/ *Kimberly J. Ruppel* |
| MAYER, GRAFF & WALLACE LLP | DICKINSON WRIGHT, PLLC |
| Ryan R. Graff | Kimberly J. Ruppel |
| 1425 Memorial Drive, Suite B | 2600 West Big Beaver Road, Suite 300 |
| Manitowoc, WI 54220 | Troy, MI 48084 |
| (920) 683-5800 | (248) 433-7200 |
| rgraff@mgwlawwi.com | kruppel@dickinsonwright.com |
| | |
| *Counsel for Plaintiff* | /s/ *John B. Tuffnell* |
| | SALBERG TUFFNELL LAW, S.C. |
| | John B. Tuffnell |
| | State Bar No. 1047261 |
| | 18 E Washington Street |
| | West Bend, WI 53095 |
| | (262) 353-9556 |
| | john@tuff-law.com |
| | |
| | *Counsel for Defendant* |

Dated:  August 16, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2023, the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

Respectfully submitted,

/s/ *Kimberly J. Ruppel*
DICKINSON WRIGHT, PLLC
Kimberly J. Ruppel
2600 West Big Beaver Road, Suite 300
Troy, MI 48084
(248) 433-7200
kruppel@dickinsonwright.com

Dated: August 16, 2023

4866-9699-3399 v1 [93199-67]